UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 15-10566-RGS

WILL LEE HOLLADAY

v.

CAROLYN W. COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY

ORDER ON REPORT AND RECOMMENDATION
OF THE MAGISTRATE JUDGE

February 1, 2016

STEARNS, D.J.

I agree with Magistrate Judge Cabell's careful analysis of the record in this appeal of a determination by the Commissioner of Social Security that plaintiff Will Lee Holladay is not disabled within the meaning of the Social Security Act and is therefore ineligible for the payment of Title II disability benefits.[1]  More particularly, I agree that the medical record does not support plaintiff's claim that he is incapable of performing light exertional work that is available in the national economy.   Consequently, the Recommendation

---

[1] Holladay, who is represented by counsel, has not filed an objection to the Magistrate Judge's Report.

is <u>ADOPTED</u> and the appeal is <u>DISMISSED</u> with prejudice.    The Clerk will

enter judgment for the Commissioner and close the case.

SO ORDERED.

/s/ Richard G. Stearns

_____

UNITED STATES DISTRICT JUDGE